CAUSE NO. 03-15-00405-CV

DARRELL J. HARPER        IN THE COURT OF APPEALS

v.

STATE OF TEXAS       THIRD JUDICIAL DISTRICT

SITTING IN AUSTIN, TEXAS

FILED
October 5, 2015
Third Court of Appeals
Jeffrey D. Kyle
Clerk

## JUDGMENT BY DEFAULT

TO THE CLERK'S OFFICE:

1. Now comes Appellant, Darrell J. Harper, motioning this Court to impose Judgment By Default against Appellee, State of Texas, for Process Crime(s).

2. The reason(s) for appellant's motion against Appellee, State of Texas, for Judgment by Default, is because appellee is an entity government whom has it's very own Texas Constitutional Laws, whom are accepting bribes funded through federal tax dollars funding to infringe appellant's civil and constitutional rights to work and liberty, in covering up Process Crimes under the color of law by public officials, for prosecutorial misconduct and vindictiveness in retaliation against appellant for Petitioning Government to redress employment discrimination complaints(Corruption Versus Democracy).

3. Thus the infraction constitute invidious discrimination, especially because it involves Prejudice or Stereotyping when the appellee declared appellant a vexatious litigant under Chapter 11 of the Texas Civil Practice and Remedies Codes, even though appellee lack of jurisdiction for prosecution of civil rights violators are in conflict when they are being paid to infringe appellant's civil and constitutional rights.

4. Appellant is a convicted felon having been improperly tried in state court for the crime of Terroristic Threat + Retaliation, that should have been treated as a federal offense, when the conviction was obtained by action of a grand or petit jury which was unconstitutionally selected and empaneled, because of a denial of effective assistance counsel by the failure of upholding the Integrity and Independence of the Judiciary.

5. Appellee, State of Texas, has taken advantage of Appellant, Darrell J. Harper, for not being appropriately represented by counsel, which constitute a satisfactory response, that warrants Judgment By Default in violation of the Racketeer Influenced and Corrupt Organizations Act, in violation of the Universal Declaration of Human Rights, in violation of the Whistleblower Protection Act, in violation of the Texas Commission on Human Rights Act, in violation of the Texas Tort Claims Act, in violation of the Federal Tort Claims Act, in violation of the Americans Disabilities Act, and in violation of the Civil Rights Act of 1964, as amended.

RECEIVED
OCT 05 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE

WHEREFORE, Appellant Darrell J. Harper, seeks relief from court disclosed in the initial suit found in original complaint from Trial Court No. D-1-GN-14-004224 against the Appellee State of Texas for subverting a just democracy government.

Very Truly Yours,

Darrell J. Harper

Darrell J. Harper Pro Se
Inmate No. 1957724
D.B. Ellis Unit
1697 FM 980
Huntsville Texas 77343

Certification Of Service

Appellant Darrell J. Harper does hereby certify that the Motion is true and correct for Processing on or around Wednesday the 30th day of September 2015 in accordance with Tex. Civ. R. App. 9.

Darrell J. Harper

Darrell J. Harper

Darrell J. Harper
Inmate No. 1957724
O. B. Ellis Unit
1697 FM 980
Huntsville, Texas 77343

Legal Mail





Court of Appeals
Third Judicial District
P.O. Box 12547
Austin, Texas 78711-2547

78711254747